UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT W. JOHNSON,<br><br>      Plaintiff,<br><br>    -against-<br><br>NEW YORK STATE DEPARTMENT OF TRANSPORTATION (NYSDOT); NEW YORK STATE; ADESA CORPORATION,<br><br>      Defendants. | 19-CV-11127 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued January 24, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for lack of venue. *See* 28 U.S.C. § 1406(a).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  January 24, 2020
    New York, New York

                            COLLEEN McMAHON
                        Chief United States District Judge